Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR23-045 RSL |
| Plaintiff, | ) |
| | ) ORDER PERMITTING SEALING |
| | ) OF SENTENCING MEMORANDUM |
| v. | ) |
| | ) |
| CAROLE CRANE, | ) |
| | ) |
| Defendant. | ) |

The court, having considered the defense motion to file its Sentencing Memorandum under seal, and good cause having been shown, grants the motion.

Dated this 10th day of August, 2023.

_____
ROBERT LASNIK
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney